Submitted on record and briefs July 28, affirmed August 31, 2005

## STATE OF OREGON,
*Respondent,*

*v.*

## JONATHAN DAVID RILATOS,
*Appellant.*

042502; A126252

118 P3d 847

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vigil,* 197 Or App 407, 106 P3d 656, *adh'd to on recons,* 199 Or App 525, 112 P3d 441, *rev den,* 339 Or 156 (2005).

---

* Schuman, J., *vice* Richardson, S. J.